### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

| | | |
|---|---|---|
| ILA K. WADE, Individually and as Administrator of the Estate of LEYMON C. WADE, LEYMON COLIN WADE, JR., JOHN TALMADGE WADE, and ILA RUTH BULLINGTON | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | 1:04-CV-68-2 (WLS) |
| UNITED STATES OF AMERICA, | : : | |
| Defendant. | : : | |
| _____ | : | |

### ORDER

The parties have represented to the Court that the above-entitled action has been settled. Based upon the parties' representation, the Court hereby **ORDERS** the parties to file their dismissal document(s) by **Friday, January 27, 2006.**  In the event the parties are unable to file said document(s) by that date, the parties shall instead file a written status report concerning an agreement to settle or for the entry of final settlement.  Additionally, the Court finds that all pending motions (Docs. 21, 27) should be, and hereby are, **DENIED AS MOOT WITHOUT PREJUDICE**

**SO ORDERED**, this __6th__ day of January, 2006.

_____/s/W. Louis Sands_____
**W. LOUIS SANDS, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**